IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RONDA BRADSTREET,

           Plaintiff,

    vs.                                    Case No. 13-cv-673-JPG-DGW

JOSEPH ROBERTSON,

           Defendant.

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Joseph Robertson's motion to dismiss (Doc. 6). Plaintiff Ronda Bradstreet's response was due on August 22, 2013. To date the Court has not received plaintiff's response. Pursuant to Local Rule 7.1(c), the Court may, in its discretion, construe a party's failure to file a timely response as an admission of the merits of the motion. Local Rule 7.1(c). The Court hereby **ORDERS** plaintiff to **SHOW CAUSE** on or before September 13, 2013, why the Court should not construe her failure to timely respond to the motion to dismiss as an admission of the merits of the motion.

**IT IS SO ORDERED.**

**DATED:** September 3, 2013

<u>s/ J. Phil Gilbert</u>
**J. PHIL GILBERT**
**DISTRICT JUDGE**